**Anthony LABRIZETTA, Appellant, v. UNITED STATES, Appellee.**

**George SARGENT, Appellant, v. UNITED STATES of America, Appellee.**

**Nos. 7347, 7348.**

Circuit Court of Appeals, Sixth Circuit.

April 6, 1937.

Howell Leuck, of Cleveland, Ohio, for Labrizetta.

Marc J. Wolpaw, of Cleveland, Ohio, for Sargent.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The record in these causes presents no question of law but only a question of fact as to whether the appellants committed the offense charged in the indictment. Each of them offered the defense of an alibi. On considering the evidence the jury refused to accept their defenses and found them guilty. That finding is supported by substantial evidence, and, it appearing that no error was committed by the court in submitting the issue to the jury, it is ordered that the judgments be affirmed.

---

**Hyman SCHER, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7448.**

Circuit Court of Appeals, Sixth Circuit.

April 12, 1937.

Gerald A. Doyle, of Cleveland, Ohio, for appellant.

E. B. Freed, of Cleveland, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that appellee, United States of America, has filed a confession of error and motion to reverse and remand this cause to the District Court for the Northern District of Ohio for further proceedings, and said motion being agreed to by appellant, it is now ordered and adjudged that this cause stand reversed and is remanded to the District Court for the Northern District of Ohio for further proceedings according to law.

---

**SOUTH SAN JOAQUIN IRRIGATION DISTRICT v. J. N. GILLETT et al.**

**No. 8404.**

Circuit Court of Appeals, Ninth Circuit.

April 5, 1937.

Nutter & Rutherford, Philip Cavalero, and Stephen Dietrich, all of Stockton, Cal., for appellant.

Gillett & Gillett, of Oakland, Cal., Clark, Nichols & Eltse, of Berkeley, Cal., Hugo D. Newhouse, Russell P. Tyler, Peter tum Suden, Richard tum Suden, and Pillsbury, Madison & Sutro, all of San Francisco, Cal., and W. Coburn Cook, of Turlock, Cal., for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees to advance cause for hearing, etc., and oral presentation of motion by counsel for opposing parties, ordered motion granted, that a decree of affirmance be filed and entered accordingly, and the mandate of this court issue as provided in rule 32.